IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
THOMAS UTTECHT, SANJUANA        )
UTTECHT, BENJAMIN UTTECHT,      )
SILAS UTTECHT, ASHER UTTECHT,   )
PHOEBE UTTECHT, LEAH UTTECHT,   )
                                )
            Plaintiffs,         )       8:12CV347
                                )
      v.                        )
                                )
JANET NAPOLITANO, Secretary     )       ORDER
Department of Homeland          )
Security; SCOTT BANIECKE,       )
Field Office Director,          )
Immigration and Customs         )
Enforcement; MARK FOXALL,       )
Director, Department of         )
Corrections, Douglas County,    )
ERIC HOLDER, Attorney General   )
of the United States,           )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on its own motion after learning that an incorrect filing fee was paid to file this habeas corpus action. Accordingly,

IT IS ORDERED that the clerk of the court shall refund to plaintiff Thomas Uttecht, 2101 North Eastwood Street, Norfolk, Nebraska, 68701, the sum of $345.00.

DATED this 27th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court