IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THOMAS UTTECHT, SANJUANA UTTECHT, BENJAMIN UTTECHT, SILAS UTTECHT, ASHER UTTECHT, PHOEBE UTTECHT, LEAH UTTECHT, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:12CV347 |
| v. | ) ) | |
| JANET NAPOLITANO, Secretary Department of Homeland Security; SCOTT BANIECKE, Field Office Director, Immigration and Customs Enforcement; MARK FOXALL, Director, Department of Corrections, Douglas County, ERIC HOLDER, Attorney General of the United States, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on its own motion after learning that an incorrect filing fee was paid to file this habeas corpus action. Accordingly,

IT IS ORDERED that the clerk of the court shall refund to plaintiff Thomas Uttecht, 2101 North Eastwood Street, Norfolk, Nebraska, 68701, the sum of $345.00.

DATED this 27th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court