IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
THOMAS UTTECHT, SANJUANA          )
UTTECHT, BENJAMIN UTTECHT,        )
SILAS UTTECHT, ASHER UTTECHT,     )
PHOEBE UTTECHT, LEAH UTTECHT,     )
                                  )
              Plaintiffs,         )      8:12CV347
                                  )
       v.                         )
                                  )
JANET NAPOLITANO, Secretary       )      ORDER
Department of Homeland            )
Security; SCOTT BANIECKE,         )
Field Office Director,            )
Immigration and Customs           )
Enforcement; MARK FOXALL,         )
Director, Department of           )
Corrections, Douglas County,      )
ERIC HOLDER, Attorney General     )
of the United States,             )
                                  )
              Defendants.         )
_____    )
```

After conference with counsel,

IT IS ORDERED:

1) Defendants shall file a response to plaintiffs' emergency motion for injunctive relief (Filing No. 3) on or before October 10, 2012.

2) Plaintiffs shall have until October 22, 2012, to respond to defendants' submission.

3) If plaintiffs do not intend to respond, they shall advise the Court.

DATED this 4th day of October, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court