IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
THOMAS UTTECHT, SANJUANA        )
UTTECHT, BENJAMIN UTTECHT,      )
SILAS UTTECHT, ASHER UTTECHT,   )
PHOEBE UTTECHT, LEAH UTTECHT,   )
                                )
            Plaintiffs,         )          8:12CV347
                                )
     v.                         )
                                )
JANET NAPOLITANO, Secretary     )          ORDER
Department of Homeland          )
Security; SCOTT BANIECKE,       )
Field Office Director,          )
Immigration and Customs         )
Enforcement; MARK FOXALL,       )
Director, Department of         )
Corrections, Douglas County,    )
ERIC HOLDER, Attorney General   )
of the United States,           )
                                )
            Defendants.         )
_____)
```

This matter is before the Court on the motion to withdraw as counsel of record for Mark Foxall, Director, Department of Corrections, Douglas County (Filing No. 21), filed by Assistant United States Attorneys Laurie M. Barrett and Christopher L. Ferretti.  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  Assistant United States Attorneys Laurie M. Barrett and Christopher L.

Ferretti are deemed withdrawn as counsel of record for Mark Foxall, Director, Department of Corrections, Douglas County.

DATED this 11th day of December, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court